The People of the State of Illinois, defendant in error, v. James Fawcett, plaintiff in error. Gen. No. 35,690.

Opinion filed March 28, 1932.
John H. Johntry and Robert Mendelson, for plaintiff in error.
John A. Swanson, State's Attorney, for defendant in error; Otho S.
Fasig and Edward E. Wilson, Assistant State's Attorneys, of counsel.
Mr. Justice Matchett delivered the opinion of the court.